AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>ZVONIMIR JOSEPH JURLINA<br>DOB: ▮▮▮▮▮<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case: 1:21-mj-00502<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 6/25/2021<br>Description: COMPLAINT W/ ARREST WARRANT |

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the
_____ District of _____Columbia_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1363 and 2 | (Destruction of property in special maritime and territorial jurisdiction and aiding and abetting) |
| 40 U.S.C. § 5104(e)(2)(F) | (Act of Physical Violence on Grounds) |

This criminal complaint is based on these facts:

See attached affidavit.

❐ Continued on the attached sheet.

_____
*Complainant's signature*

Cameron Mizell, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   _____06/25/2021_____

_____
*Judge's signature*

City and state:   _____Washington, D.C._____      G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*