AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>ZVONIMIR JOSEPH JURLINA,<br><br>*Defendant* | Case: 1:21-mj-00502<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 6/25/2021<br>Description: COMPLAINT W/ ARREST WARRANT |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Zvonimir Joseph Jurlina,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1363 and 2 (Destruction of property in special maritime and territorial jurisdiction and aiding and abetting)
40 U.S.C. § 5104(e)(2)(F) (Act of Physical Violence on Grounds)

Date: 06/25/2021

*Issuing officer's signature*
Digitally signed by G. Michael Harvey
Date: 2021.06.25 14:31:14 -04'00'

City and state: Washington, D.C.
G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/25/2021, and the person was arrested on *(date)* 6/28/2021
at *(city and state)* Austin, TX.

Date: 6/28/2021

*Arresting officer's signature*

Jeffrey Deane / Task Force Officer
*Printed name and title*