IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ZVONIMIR JURLINA,**<br><br>Defendant. | CR NO. 21-MJ-502 |

### CONSENT MOTION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States, through undersigned counsel, hereby files this motion to adjourn the status conference set for February 14, 2023, in the above-captioned matter, for approximately 30 days, until Thursday, March 16, 2023. Defense counsel concurs in this motion. The parties request the additional time to engage in plea negotiations .

The parties request that the Court exclude the time until the status conference on March 16, 2023, pursuant to 18 U.S.C. § 3161 *et seq*., on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

Date: February 10, 2023			By:	*/s/ Jennifer Leigh Blackwell*
						Jennifer Leigh Blackwell
						Assistant United States Attorney
						D.C. Bar No. 481097
						United States Attorney's Office
						601 D Street, N.W.
						Washington, D.C.  20530
						Telephone: (202) 803-1590
						Email: Jennifer.blackwell3@usdoj.gov

CERTIFICATE OF SERVICE

    On this 10th day of February, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

                                                    */s/ Jennifer L. Blackwell*
                                          Jennifer Leigh Blackwell
                                          Assistant United States Attorney
                                          Jennifer Leigh Blackwell
                                          Assistant United States Attorney
                                          D.C. Bar No. 481097
                                          601 D. Street, N.W.
                                          Washington, D.C.  20530
                                          Phone: (202) 803-1590
                                          Jennifer.blackwell3@usdoj.gov