IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | :   CASE NO. |
| v. | : |
| | :   VIOLATIONS: |
| | :   40 U.S.C. § 5104(e)(2)(F) |
| ZVONIMIR JURLINA, | :   (Act of Physical Violence on U.S. Capitol |
| | :   Grounds) |
| Defendant. | : |

# INFORMATION

The United States Attorney charges that at all relevant times:

### COUNT ONE

On or about January 6, 2021, in the District of Columbia, **ZVONIMIR JURLINA** willfully and knowingly engaged in an act of physical violence in the Capitol Grounds or in any of the Capitol Buildings.

(**Act of Physical Violence in the Capitol Grounds**, in violation of Title 40, United States Code, Section 5104(e)(2)(F))

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: *Jennifer Leigh Blackwell*
Jennifer Leigh Blackwell
Assistant United States Attorney
United States Attorney's Office
For the District of Columbia
Jennifer.blackwell3@usdoj.gov
D.C. Bar No. 481097